# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

---

Travis Sintell McCrae,

Plaintiff,

v.

TransUnion LLC (CFO Todd Cello),

Equifax Information Services, LLC (CFO John W. Gamble Jr.),

Experian Information Solutions, Inc. (CFO Lloyd Pitchford),

Capital One Financial Corporation (CFO Andrew Young),

Defendants.

Civil Action No.: _____

*OCT 23 '25 PM4:12 RCV'D - USDC FLO SC*

---

# PLAINTIFF'S OMNIBUS MOTION FOR FALSE REPORTING, BREACH OF FIDUCIARY DUTY, AND VIOLATION OF FEDERAL LAW

---

## I. INTRODUCTION AND JURISDICTION

Plaintiff Travis Sintell McCrae, appearing pro se as Principal Officer of Nipsey'z Checkmate Inc. and Trustee of the Travis Sintell McCrae Living Trust, respectfully submits this motion under

## II. STATEMENT OF FACTS

1. Between 2023 and 2025, Defendants willfully and recklessly published false and misleading credit entries regarding Plaintiff and the Nipsey'z Checkmate Inc. trust accounts.

2. Plaintiff provided certified notices disputing the erroneous reports in accordance with 15 U.S.C. § 1681i, yet Defendants failed to correct or reinvestigate.

3. Capital One Financial Corporation (CFO Andrew Young) unlawfully transmitted unverified data, resulting in severe reputational harm and contractual denials.

4. TransUnion LLC (CFO Todd Cello), Equifax Information Services, LLC (CFO John W. Gamble Jr.), and Experian Information Solutions, Inc. (CFO Lloyd Pitchford) each knowingly maintained and published inaccurate data.

5. Their coordinated negligence and malicious intent damaged Plaintiff's business capacity, federal contracting eligibility, and personal trust accounts.

---

## III. LEGAL STANDARD

Under FRCP 56(a), summary judgment shall be granted where there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law.

Defendants are subject to strict liability under the Fair Credit Reporting Act (15 U.S.C. §§ 1681n, 1681o) for willfully or negligently failing to ensure maximum possible accuracy.

Further, South Carolina law recognizes fiduciary breach and defamation of credit as actionable torts (Camp v. Springs Mortgage Corp., 310 S.C. 514 (1992)).

---

## IV. ARGUMENT

### A. Violations of FCRA and UCC Fiduciary Obligations

Under Wardlaw v. Peck, 282 S.C. 199 (Ct. App. 1984), publishing false financial statements constitutes defamation per se. The Defendants' coordinated data practices inflicted measurable reputational and economic harm.

**C. Failure to Maintain Fair Procedures**

By refusing to correct verified disputes, Defendants acted in reckless disregard of federal mandates. Liability accrues for each day inaccurate data remains published (Dalton v. Capital Associated Industries, 257 F.3d 409 (4th Cir. 2001)).

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests that the Court award the following:

| Defendant | CFO | Amount of Damages |
|---|---|---|
| TransUnion LLC | Todd Cello | $5,000,000 |
| Equifax Information Services, LLC | John W. Gamble Jr. | $5,000,000 |
| Experian Information Solutions, Inc. | Lloyd Pitchford | $5,000,000 |
| Capital One Financial Corporation | Andrew Young | $5,000 |

Total Relief Sought: $20,000,000 (Twenty Million U.S. Dollars)

3. Declaratory Judgment: Confirming Defendants' violations of FCRA, UCC, and fiduciary law.

4. Court Costs and Fees: Pursuant to 15 U.S.C. § 1681n(3).

## VI. PRAYER FOR RELIEF

"May truth be restored where deception has taken root;
May fairness prevail where manipulation sought dominion.
The Plaintiff prays this Honorable Court grant justice in full measure—
restoring his name, trust, and enterprise to their lawful standing
under Federal Civil Procedure and the laws of South Carolina."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following Defendants via certified U.S. Mail and/or electronic service in accordance with FRCP 5(b)(2) and Local Civil Rule 83.I.08 (D.S.C.) on this ___ day of _____, 2025:

| Defendant Corporation | Chief Financial Officer (CFO) | Service Address |
|---|---|---|
| TransUnion LLC | Todd Cello | 555 W. Adams St., Chicago, IL 60661 |
| Equifax Information Services, LLC | John W. Gamble Jr. | 1550 Peachtree St. NE, Atlanta, GA 30309 |

| | | |
|---|---|---|
| Capital One Financial Corporation | Andrew Young | 1680 Capital One Dr., McLean, VA 22102 |

---

Respectfully Submitted,

/s/ Travis Sintell McCrae

Travis Sintell McCrae, Pro Se

Principal Officer, Nipsey'z Checkmate Inc.

Trustee, Travis Sintell McCrae Living Trust

1901 W. Evans St., Unit 6937

Florence, SC 29501

(843) 618-4228

Travis@NipseyzCheckmate.com

*[Signature]* 10-17-25